UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

                                                                   7:21-CR-00463 (CS) (5)

Jason Brandt,
                         Defendant.
------------------------------------------------------------X

Seibel, J.

ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above titled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 17, 2022, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

    **SO ORDERED.**

Dated: November 18, 2022

    White Plains, New York

_____
Cathy Seibel
United States District Judge